FILED - USDC -NH
2022 MAR 23 AM 9:07

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mason, Ashley A.

Plaintiff(s)

v.

Bremberg, Deborah
~~Joh~~ (AAM)
DeYang, Jon
The Derryfield School

Defendant(s)

22-CV-104

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Ashley Ann Mason
137 Moose Club Park Road
Goffstown, NH 03045
1-603-660-2500

Defendant(s)'s Name, Address and Phone Number

Deborah Bremberg, Human Resources
Joh DeYang, Director of Technology
The Derryfield School
2108 River Road, Manchester, NH ~~03045~~ (AAM) 03104
1-603-669-4524

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

~~Iam~~ (AAM)

I am exercising my right to sue as explained in the attached EEOC "Dismissal and Notice of Rights."

This case is being filed in Federal Court per the appropriate jurisdiction for Title VII of Civil Rights Act.

The federal court is legally permitted to hear my case under the above-referenced federal statute.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

The claim is wrongful termination on the basis of pregnancy-related medical emergency (retaliation).

The Derryfield School also did not follow their own employee handbook as well as deviated from the usual hiring process during my first 30 days of employment.

The facts and circumstances are primarily that The Derryfield School retaliated with a wrongful termination on 8/27/2020 following an emergency surgery I had for an ectopic pregnancy the week prior. Deborah Bremberg literally pointed to my doctor's letter and said "these 2 days [after your surgery] are unexcused absences!"

Secondly, I was treated differently following this surgery based on my gender and ~~its not~~ the school deviated from normal procedures in their treatment of me.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

I would like the court to, of course, review all evidence gathered during discovery, and to hear my case fairly and impartially with respect to the nuances of this case.

Ideally, the court would order The Derryfield School to pay a fine to the EEOC (in the amount of $50,000 according to the fee schedule), as well as order Ms. Bromberg and Mr. DeYang to take sensitivity training.

Should this not be legally appropriate, and/or if the defendant/respondent wishes to settle, I would ask relief in the form of legal mediation to negotiate on monetary amount in good faith. According to online/general research, wrongful termination settlements average at $40,000, with a high of $80,000 (roughly).

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☑ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 3/23/2022

Signature: *[signature]*