UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ashley Ann Mason

     v.                               Case No. 22-cv-104-SE

The Derryfield School

JUDGMENT

In accordance with the following orders by Judge Samantha D. Elliott, judgment is hereby entered:

1. Order dated November 7, 2022;

2. Order dated September 27, 2023;

3. Order dated July 22, 2024.

By the Court:

/s/ Daniel J. Lynch
_____
Daniel J. Lynch
Clerk of Court

Date: July 22, 2024

cc:  Ashley Ann Mason, pro se
     Counsel of Record